THE STATE EX REL. YOUNG, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Young v. Indus. Comm.* (1998), 83 Ohio St.3d 560.]

(No. 97–1583—Submitted August 19, 1998—Decided November 10, 1998.)

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Craigg E. Gould,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for relief pursuant to *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting. I dissent and would affirm the judgment of the court of appeals consistent with the opinion of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.